1:23-CV-261
#4
15 BI
No Fee / IFP

IN THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT of PENNSYLVANIA

LLOYD RICHARDSON,
    PLAINTIFF
                  :
                  :
                  : CIVIL ACTION No. _____
    V.            : COMPLAINT
                  : CONSPIRACY·N·RETALIATION
                  : JURY TRIAL DEMAND

SUPT·PATRICIA THOMPSON,
CAPT· ANDREW SKINNER,
CHAPLAIN ABNER GARCIA,
    DEFENDANTS

FILED
AUG 28 2023
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## I. JURISDICTION & VENUE

1) THIS IS A CIVIL ACTION AUTHORIZED By 42 U.S.C. SECTION 1983 TO REDRESS THE DEPRIVATION UNDER COLOR OF STATE LAW, of RIGHTS SECURED By THE CONSTITUTION of THE UNITED STATES. THE COURT HAS JURISDICTION UNDER 28 U.S.C. SECTION 1331 & 1343(a)(3). PLAINTIFF SEEKS DECLARATORY RELIEF PURSUANT TO 28 U.S.C. SECTION 2201 & 2202 PLAINTIFF'S CLAIM FOR INJUNCTIVE RELIEF ARE AUTHORIZED By 28 U.S.A SECTION 2283 & 2284 AND RULE 65 of THE FEDERAL RULES of CIVIL PROCEDURE.

2) THE WESTERN DISTRICT of PENNSYLVANIA IS AN APPROPRIATE VENUE UNDER 28 U.S.C. SECTION 1391(b)(2) BECAUSE IT IS WHERE THE EVENTS GIVEN RISE TO THIS CLAIM OCCURRED.

## II. PLAINTIFF

3) PLAINTIFF, LLOYD RICHARDSON, IS AND WAS AT ALL TIMES MENTIONED HERE IN A PRISONER OF THE STATE of PENNSYLVANIA IN THE CUSTODY of THE PA/DOC·HE IS CURRENTLY CONFINED IN THE STATE CORRECTIONAL INSTITUTION ALBION, IN ALBION PENNSYLVANIA.

## III. Defendants

4) Defendant, Patricia Thompson, is the Superintendent of Sci-Albion who is legally responsible for the daily operation of the State Correctional Institution Albion and for the welfare of all the inmates in Sci-Albion.

5) Defendant, Andrew Skinner, is the Captain of the Level 5 Housing Unit at Sci-Albion in the PA/DOC, who at all times mentioned in this Complaint held Position/Rank of Captain and was Assigned to Sci-Albion.

6) Defendant, Abner Garcia, is the Chaplain of Sci-Albion, here in the PA/DOC, who at all times mentioned in this complaint held Position/Rank of Chaplain and was Assigned to Sci-Albion.

7) Each Defendant is sued individually and in his/her official capacity. At all times mentioned in this complaint each Defendant acted under color of State law.

## III. Facts

8) On April 21, 2023, I finished my final Day (30) of Ramadan fasting for my Religion (Muslim).

9) On April 21 or 22, 2023, Chaplain Abner Garcia passed out Cash Slip for the Eid Al-Adha feast; for completing 30 days of fasting.

10) On July 13, 2023, Captain Andrew Skinner ordered his staff to pass out the Eid Al Adha Religious feast/Meal.

11) On July 3, 2023, Inmate Accounts Deducts Money off my Account for meal.

12). On July 17, 2023, At Approx. 1:30 p.m. Mr. Abdalla Came To my Cell HC-12 And Told me I was on The List To Recieve my Meal, He Doesn't Know why I Didn't Get It.

13) Mr. Abdalla Contacted Ms. Trout (Kitchen Supervisor) And She Stated She Sent My Meal To L-5 Housing unit.

14) On August 16, 2023, I Spoke To Supt. Patricia Thompson About Issue And She Told me, "Stop Refusing Population And you Will Get Privledges."

### IV. Exhaustion of Legal Remedies

15) Plaintiff, Lloyd Richardson Used The Prisoner Grievances Procedure Available At Sci-Albion To Try And Solve The Problem.

16) Grievance # 1043496 was Exhausted. All Remedies; Relief Requested was for All camera footage of 7-13-2023 To Be Saved To See what Happened To my Meal; And 3 million Dollars for Denying me Rights To Practice my Religion.

### V. Legal Claims

17) Plaintiffs Realleg And Incorporated By Reference Paragraphs 1-16.

18) First Amendment: was Violated when All Defendents Denyed me Access To fully Practice my Religion By Participating In my Ramadan Ending Eid Al-fitr feast (Which Celebrates The Breaking of The Ramadan fast).

19) First Amendment: Was Violated when All Defendents Conspired To Retaliate And Harass me for Not Going To General Population.

20) Eight Amendment: Was Violated when All Defendents Denied me Any fun Practicing my Religion "Muslim".

21) First And Eight Amendment: Was Violated when All Defendents Denied me Access To Practice my Religion "Muslim".

22) The Plaintiff Has No Plain, Adequate or Complete Remedy At Law To Redress The Wrongs Described Herein. Plaintiff Richardson Has And will Continue To Be Irreparably Injured By the Conduct of The Defendents unless This court Grants The Declatory ; Injunctive Relief Which Plaintiff seeks.

VI. Prayer for Relief

23) Wherefore, Plaintiff Respectfully Prays That This Court Enter Judgement Granting Plaintiff:

24) A Declaration That The Acts And omissions Described Here In Violated Plaintiffs Rights Under The Constitution of The United States.

25) A Preliminary Injunction And Permanent Injunction order Defendents To Transfer me And Allow me To Practice Religion.

26) Compensatory Damages In The Amount of 2,000,000 "Two-Million Dollars" Against Each Defendent, Jointly, And Severally.

27) Punitive Damages In The Amount of 1,000,000 "One-Million Dollars" Against Each Defendant.

28) A Jury Trial on All Issues Triable By Jury,

29) Plaintiff's Cost In This Suit, And

30) Any Additional Relief This Court Deems Just, Proper, And Equitable.

Dated:

Respectfully Submitted:.

Lloyd Richardson

NC:0850

Sci-Albion (PA/DOC)

10745 Route 18

Albion, PA 16475

Verification

I Have Read The foregoing Complaint And Hereby Verify That The matters Herein Are True And Correct, Except All The matters Alleged on Information & Belief, And As To Those, I Believe Them To Be True. I Certify under Penalty of Perjury That The foregoing Is. Correct.

Executed At Albion, PA on Dated: August 28, 2023

Signature: